IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steadman, Charles

Printed: 10/9/07

Case Number: 06 B 13171
Judge: Goldgar, A. Benjamin
Filed: 10/14/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 20, 2007
Confirmed: December 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,774.00 |  |
| Secured: |  | 9,559.68 |
| Unsecured: |  | 4,822.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 898.27 |
| Other Funds: |  | 3,993.33 |
| Totals: | 21,774.00 | 21,774.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 2,500.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 67,441.00 | 4,798.18 |
| 5. | CitiMortgage Inc | Secured | 4,761.50 | 4,761.50 |
| 6. | ECast Settlement Corp | Unsecured | 420.89 | 420.89 |
| 7. | Portfolio Recovery Associates | Unsecured | 3,082.85 | 3,082.85 |
| 8. | ECast Settlement Corp | Unsecured | 1,233.49 | 1,233.49 |
| 9. | Heather Medical Associates | Unsecured | 85.49 | 85.49 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 12. | Tucker, Pavesich & Assoc Ltd | Unsecured |  | No Claim Filed |
| 13. | Specialized Urologic Cons | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 79,525.22 | $ 16,882.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 495.08 |
| 5.4% | 403.19 |
|  | _____ |
|  | $ 898.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Steadman, Charles

Printed:  10/9/07

Case Number:  06 B 13171
Judge:  Goldgar, A. Benjamin
Filed:  10/14/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _Denise Ashley_____